**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

USA v. DOWLING                                    Case No. 06cv0837 LAB(RBB)

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                      Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Henry Darmstadter | William Hartsock |
| Robert Plaxico | |

PROCEEDINGS:      ___ In Chambers      ___ In Court      ___ Telephonic

The settlement disposition conference on October 2, 2006, is vacated.

The stipulation for dismissal was received on September 14, 2006.

DATED: September 14, 2006     IT IS SO ORDERED:     _Ruben Brooks_
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge
cc:  Judge Burns                             INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\USA837.06\MINUTE05.wpd