

| | |
|---|---|
| 1 | CAROL C. LAM<br>United States Attorney |
| 2 | |
| 3 | ROBERT H. PLAXICO, California State Bar No. 054953<br>Assistant United States Attorney |
| 4 | HENRY C. DARMSTADTER<br>Trial Attorney, Tax Division |
| 5 | U.S. Department of Justice<br>P.O. Box 683 |
| 6 | Ben Franklin Station<br>Washington, D.C.  20044-0683 |
| 7 | Telephone:    (202) 307-6481<br>Facsimile:     (202) 307-0054 |
| 8 | E-mail:         Henry.C.Darmstadter@usdoj.gov |

FILED

06 SEP 20 AM 8:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. DOWLING,<br><br>          Defendant. | Civil No. 06cv0837 LAB (RRB)<br><br>**STIPULATION FOR DISMISSAL**<br><br>Fed.R.Civ.P. 41(a) |

WHEREAS, following commencement of the above-captioned action, defendant Michael J. Dowling filed an amended income tax return for the calendar year 2004 properly reflecting his taxable income and tax liability, has repaid to the United States the amount, plus statutory interest, that was erroneously refunded to him as a result of the filing by him of an inaccurate original 2004 income tax return that was inspired by Peter Eric Hendrickson's internet website and book entitled *"Cracking the Code,"* and has agreed to pay a $500 frivolous return penalty (26 U.S.C. 6702) with respect to his inaccurate original 2004 income tax return;

IT IS HEREBY STIPULATED AND AGREED between plaintiff United States of America and defendant Michael J. Dowling, by and through undersigned counsel, in accordance with Rule 41(a) of the

Federal Rules of Civil Procedure, that the Complaint in the above-entitled action shall be dismissed with prejudice against the defendant, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

Dated this 28 day of August, 2006.

           LAW OFFICES OF WILLIAM D. HARTSOCK

           _/s/ William D. Hartsock_
           WILLIAM D. HARTSOCK, Esq.
           12636 High Bluff Drive
           Suite 110
           San Diego, California 92130
           CA Bar Number 131629
           Telephone: (858) 481-4844
           Facsimile: (858) 481-5077
           Attorney for defendant Michael J. Dowling

Dated this 25th day of August, 2006.

           CAROL C. LAM
           United States Attorney

           _/s/ Henry C. Darmstadter_
           HENRY C. DARMSTADTER
           Trial Attorney, Tax Division
           U.S. Department of Justice
           Post Office Box 683
           Ben Franklin Station
           Washington, D.C. 20044
           Telephone: (202) 307-6481
           Attorney for the United States

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: 9-19-06

           _/s/ Larry A. Burns_
           Judge, United States District Court
           Southern District of California